IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01271-BNB

MARK A. ESQUIBEL,

    Plaintiff,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
ARAPAHOE COUNTY DISTRICT COURT, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 0 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff Mark A. Esquibel initiated this action by filing *pro se* a "Notice of Appeal" stating that he is appealing to this Court from an order of the Colorado Supreme Court. In an order filed on June 2, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Esquibel to cure certain deficiencies if he wished to pursue his claims. Magistrate Judge Boland specifically ordered Mr. Esquibel to file a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis*. Mr. Esquibel was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Esquibel has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's June 2 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this __9th__ day of __July__, 2010.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01271-BNB

Mark Anthony Esquibel
Prisoner No. 61913
Arapahoe County Det. Facility
PO Box 4918
Englewood, CO 80155-4918

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7|9|10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk